**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-22257-CIV-SEITZ/O'SULLIVAN

DAVID SUGARMAN,

    Plaintiff,

v.

DEUTSCHE BANK SECURITIES INC.
a Delaware corporation,

    Defendant.
_____/

**DEFENDANT'S RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, Defendant Deutsche Bank Securities Inc., a nongovernmental corporate party, through its undersigned counsel, certifies that the following are its corporate parents:  Deutsche Bank AG, Taunus Corporation and Deutsche Bank U.S. Financial Markets Holding Corporation.

    Defendant further certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of Deutsche Bank Securities Inc.'s stock.

Respectfully submitted,

By:     s/ Allen P. Pegg    .
    Gerald B. Wald
    Florida Bar No. 215112
    E-mail: gwald@mwbm.com
    Allen P. Pegg
    Florida Bar No. 597821
    E-mail: apegg@mwbm.com
    MURAI, WALD, BIONDO
    & MORENO, P.A.
    1200 Ponce de Leon Boulevard
    Coral Gables, Florida 33134
    Telephone: (305) 444-0101
    Facsimile: (305) 444-0174

and

SIDLEY AUSTIN LLP
Cliff Fonstein (*pro hac vice*)
E-mail: cfonstein@sidley.com
Eric G. Hoffman (*pro hac vice*)
E-mail: eghoffman@sidley.com
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendant*
*Deutsche Bank Securities Inc.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system this 1st day of October 2009, which will serve a Notice of Filing on all counsel of record.

By:     s/ Allen P. Pegg    .